UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAYON LIVELY, | ) | 1:05 CV 0362 AWI DLB P |
|         Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| J. WOODFORD, et al., | ) | |
|         Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on May 15, 2006.  The amended complaint appears to state cognizable claims for relief under the due process clause against the listed defendants.   Accordingly, IT IS HEREBY ORDERED that:

    1.    Service is appropriate for defendants Halberg, Hoyt, Grandy, Swetich, Martinez, Gonzales, Comfort, Oftedahl and Couto.

    2.    The Clerk of the Court shall send Plaintiff nine (9) USM-285 forms, nine (9) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed May 15, 2006.

    3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

1     Court with the following documents:

2     a.    Completed summons;

3     b.    One completed USM-285 form for each defendant listed above; and

4     c.    Ten (10) copies of the endorsed amended complaint filed May 15, 2006.

5     4.    Plaintiff need not attempt service on Defendants and need not request waiver of

6 service.  Upon receipt of the above-described documents, the court will direct the

7 United States Marshal to serve the above-named Defendants pursuant to Federal Rule

8 of Civil Procedure 4 without payment of costs.

9     5.    <u>The failure to comply with this Order will result in a Recommendation that this action

10 be dismissed.</u>

11     IT IS SO ORDERED.

12     **Dated:**   **February 28, 2007**         **/s/ Dennis L. Beck**
    3c0hj8                                                           UNITED STATES MAGISTRATE JUDGE