UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYTON LIVELY,<br><br>        Plaintiff,<br><br>vs.<br><br>J. WOODFORD, et al.,<br><br>        Defendants. | 1:05-cv-00362-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 32)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 26)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Dayton Lively ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 19, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed December 19, 2007, are ADOPTED IN FULL;

    2.   Defendants' unenumerated Rule 12(b) motions, filed July 9, 2007 and July 26, 2007, are GRANTED; and,

    3.   This action is DISMISSED, without prejudice, based on plaintiff's failure to exhaust.

IT IS SO ORDERED.

**Dated:   February 13, 2008**               /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE